**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| WITT/KIEFFER INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No: 1:18-cv-11985-NLH-JS |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ODGERS BERNDTSON, LLC and GREGORY SANTORE, | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Witt/Kieffer, Inc. ("Witt/Kieffer") and Defendants Odgers Berndtson, LLC, and Gregory Santore, and their respective counsel hereby stipulate to the dismissal with prejudice of all claims in this action, with each party to bear its own costs. The Order entered on September 21, 2018 shall remain in effect.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>*/s/ Janice G. Dubler*<br>Janice G. Dubler<br>Attorneys for Plaintiff<br>923 Haddonfield Road, Suite 300<br>Cherry Hill, NJ 08002<br>Email: janice.dubler@ogletree.com | TARTER KRINSKY & DROGIN LLP<br><br>*/s/ David Kleinmann*<br>David Kleinmann<br>Attorneys for Defendants<br>1350 Broadway<br>New York, NY 10018<br>Email: dkleinmann@tarterkrinsky.com |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Joint Stipulation of Dismissal has been filed electronically through the ECF court system and served by eCourts on all registered parties.

*/s/ Janice G. Dubler*

Janice A. Dubler

Dated: August 26, 2019

39711834.3